A091 (Rev. 8/01) Criminal Complaint

DEC 2 0 2016

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Jose Antonio CARRILLO-Hernandez

**CRIMINAL COMPLAINT**

Case Number: 2:16mj1560

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 19, 2016** in **Brooks** County, in the
(Date)
Southern District of Texas defendant, **Jose Antonio CARRILLO-Hernandez** a native and citizen of **Mexico**, and an alien who had been previously deported from the United States was found unlawfully within the United States in **Brooks** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following Facts:
Official Title

On December 19, 2016, Jose Antonio CARRILLO-Hernandez was encountered by Border Patrol Agents near Falfurrias, Texas. CARRILLO was attempting to circumvent the Falfurrias, Texas Checkpoint. Agents determined CARRILLO to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed CARRILLO was ordered removed from the United States by a designated official on February 19, 2014, in Kingsville, Texas and was physically removed from the United States to Mexico on February 20, 2014, via Brownsville, Texas. CARRILLO was most recently removed on October 13, 2016, through Hidalgo, Texas to Mexico. Record checks further revealed CARRILLO has a conviction for a violation of Title 8 USC 1324, Transporting Aliens, sentenced to 181 days. CARRILLO stated he last entered the United States illegally on or about December 16, 2016, near Hidalgo, Texas. At this time there is no evidence to indicate CARRILLO has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Mark Patterson who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Sworn to before me and signed in my presence, and probable cause found on:

**December 20, 2016**
Date
**B. Janice Ellington U.S. Magistrate Judge**
Name and Title of Judicial Officer

at **Corpus Christi, Texas**
City and State

Pablo F. Garza III
Printed Name of Complainant

Signature of Judicial Officer